D. SCOTT CHANG #146403
schang@housingrightscenter.org
AZADEH HOSSEINIAN #306141
ahosseinian@housingrightscenter.org
HOUSING RIGHTS CENTER
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:  (213) 387-8400 x1116
Fax:  (213) 381-8555

Attorneys for Plaintiffs
HOUSING RIGHTS CENTER and
CANDELARIA LOPEZ

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, a California nonprofit corporation; and CANDELARIA LOPEZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VILLA CAPRICE, L.P., a California limited partnership, THOMAS MARTIN, an individual,<br><br>　　　　　Defendant(s). | Case No.:  2:17-cv-08560-PA (AGRx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties, by and through their undersigned counsel, hereby stipulate to voluntarily dismiss the above-captioned case with prejudice. The Parties have reached an out-of-court settlement and request that the Court retain jurisdiction for a period of two years to enforce the terms of the settlement agreement.

1  The undersigned attorneys who have appeared in this case hereby stipulate to
2  the dismissal of the case with prejudice.

3  Respectfully Submitted,

5  Dated: December 14, 2018                HOUSING RIGHTS CENTER

   By */s/ Azadeh Hosseinian*
   D. Scott Chang
   Azadeh Hosseinian

   *I, Azadeh Hosseinian, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

   Attorneys for Plaintiffs Housing Rights Center and Candelaria Lopez

15 Dated: December 14, 2018                BORDIN SEMMER LLP

   By */s/ Donna Puyot*
   Joshua Bordin-Wosk
   Donna Puyot

   Attorneys for Defendants Villa Caprice, L.P. and Thomas Martin