IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, a California nonprofit corporation; and CANDELARIA LOPEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA CAPRICE, L.P., a California limited partnership, THOMAS MARTIN, an individual,<br><br>Defendant(s). | Case No.: 2:17-cv-08560-PA (AGRx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

After full consideration of the Parties' Joint Stipulation re: Dismissal With Prejudice, and good cause appearing therefore, this Court hereby ORDERS that the case be dismissed with prejudice . The Court shall retain jurisdiction for a period of two years for the purpose of enforcing the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: December 15, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE